# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0109.  MARILYN E. GOODRICH v. BANK OF AMERICA, N.A.**

Marilyn E. Goodrich has filed an application for discretionary review of the trial court's October 23, 2012, order.  Among other things, that order dismissed Goodrich's notice of appeal from a previous order.

"The dismissal of an appeal by the trial court is subject to direct appeal." *Castleberry's Food Co. v. Smith*, 205 Ga. App. 859, 860 (424 SE2d 33) (1992).  We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Goodrich shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, she has already filed a notice of appeal from the order at issue, she need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.





*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/27/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*